**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6418**

———————

ERIC COLEMAN,

                    Plaintiff - Appellant,

    versus

RICK JACKSON, Superintendent of Brown Creek
Correctional Institution,

                    Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, District Judge. (CA-98-2-3-MU)

———————

Submitted: June 18, 1998          Decided: July 8, 1998

———————

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Eric Coleman, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Coleman v. Jackson</u>, No. CA-98-2-3-MU (W.D.N.C. Mar. 4, 1998). In his "Notice of Stay," Appellant objects to the application of the Prisoner Litigation Reform Act. We find no error in the application and deny his motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>